38228. The State of Ohio, appellee v. Richard John Stewart, appellant. Summit County. The United States Supreme Court having denied a petition for a writ of certiorari in this cause, February 11, 1965, is now fixed as the date of execution. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39115. George Donald Stobart, Jr. v. E. B. Haskins, Supt., London Correctional Institution. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39140. Benjamin Thomas Guerrieri v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39150. Mildred M. Braham, appellee v. Louis F. Louttit, appellant. Stark County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Matthias, O'Neill, Herbert and Schneider, JJ., concur.